## The Brattle Group


PLAINTIFF'S EXHIBIT
MCFADDEN 36
9/5/06

CAMBRIDGE

WASHINGTON

August 7, 2006

LONDON

SAN FRANCISCO

*Privileged and Confidential*
*Prepared at the Request of Counsel*

Melanie H. Stein
Paul Weiss, LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Dear Melanie:

Please find enclosed an invoice for work performed in June 2006 by *The Brattle Group* on the Johnson & Johnson matter.

*The Brattle Group* periodically adjusts its billing rate schedule to reflect conditions of the consulting labor market. We will be increasing our professional staff rates effective July 2006. A copy of our new rate schedule is enclosed. If you desire further information regarding billing rate changes for specific consultants, please let me know.

Should you have any questions concerning this invoice, please do not hesitate to contact me directly at 415-217-1000.

Sincerely
*The Brattle Group*

Kenneth T. Wise
Principal

KTW:sa

Enclosure

353 Sacramento Street  Suite 1140  San Francisco, CA 94111-3657
Voice 415.217.1000  Facsimile 415.217.1099  email office@brattle.com

J&JEXP 0069576

# The Brattle Group

CAMBRIDGE

WASHINGTON

LONDON

SAN FRANCISCO

August 03, 2006
In Account With:

Melanie H. Stein
Paul Weiss, LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Invoice Number 008142
ProjectID      CL-01945
Page           1 of 1

For Professional Services Rendered Through June 30, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
| Kenneth T. Wise | 5.00 | 475.00 | 2,375.00 |
| Dan McFadden | 33.00 | 850.00 | 28,050.00 |
| **Senior Associate** | | | |
| Armando Levy | 80.00 | 290.00 | 23,200.00 |
| **Administrative** | | | |
| Ruth Person | 2.00 | 75.00 | 150.00 |
| | | Total Labor | $53,775.00 |
| **Related Expenses** | | | |
| Courier Service | | | 48.09 |
| | | Total Related Expenses | $48.09 |
| | TOTAL LABOR & EXPENSES | | $53,823.09 |

Payable upon receipt in US Dollars to: The Brattle Group (FID 04-3254813)

Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Wire Instructions:  Citizens Bank of Massachusetts
SWIFT No.: CTZIUS33
ABA No.: 011500120
In favor of Checking Acct No.: 1103045080

353 Sacramento Street  Suite 1140   San Francisco, CA 94111-3657
Voice 415.217.1000   Facsimile 415.217.1099   email office@brattle.com

J&JEXP  0069577

## The Brattle Group, Inc.
*Effective July 1, 2006*

*Hourly Billing Rates*

| | |
|---|---|
| Time Principals:* | $345 - $750 per hour |
| ciates & Senior Consultants: | $235 - $360 per hour |
| arch Associates: | $210 - $235 per hour |
| arch Analysts: | $170 - $210 per hour |
| arch Assistants: | $125 - $140 per hour |
| inistrative: | $ 70 - $ 90 per hour |

ncipals who are not full-time employees of the Firm may have hourly rates above this range.

*Schedule of Charges*

ocopies: $.10 per page

ther expenses incurred directly in support of a project are charged to the project at cost.

J&JEXP 0069578

# The Brattle Group

CAMBRIDGE

SAN FRANCISCO

August 15, 2006
In Account With:

   Melanie H. Stein
   Paul Weiss, LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064

Invoice Number   008289
ProjectID   CL-01945
Page   1 of 1

WASHINGTON

BRUSSELS

For Professional Services Rendered Through July 31, 2006

LONDON

|  | Hours | Rate | Amount |
|---|---|---|---|
| **_Principals_** | | | |
| Dan McFadden | 9.00 | 850.00 | 7,650.00 |
| **_Senior Associate_** | | | |
| Armando Levy | 14.25 | 290.00 | 4,132.50 |
| | | Total Labor | $11,782.50 |
| **_Related Expenses_** | | | |
| Courier Service | | | 31.60 |
| Outside/Information Services | | | 2.95 |
| | | Total Related Expenses | $34.55 |
| | **TOTAL LABOR & EXPENSES** | | **$11,817.05** |

Payable upon receipt in US Dollars to: The Brattle Group (FID 04-3254813)

Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Wire Instructions:   Citizens Bank of Massachusetts
   SWIFT No.: CTZIUS33
   ABA No.: 011500120
   In favor of Checking Acct No.: 1103045080

**Confidential**   353 Sacramento Street Suite 1140   San Francisco, CA 94111-3657
Voice 415.217.1000   Facsimile 415.217.1099   email office@brattle.com

J&J EXP 0069570



"Levy, Armando" <Armando.Levy@brattle.com>

07/04/2006 03:51 PM

To Melanie H Stein/PaulWeiss@PaulWeiss
cc
bcc
Subject RE:

History: This message has been replied to.

No problem. I don't have Dan's cases at hand (I'm at home) but I can get it for you tomorrow.

--a

**From:** Melanie H Stein [mailto:mstein@paulweiss.com]
**Sent:** Tue 7/4/2006 12:25 PM
**To:** Levy, Armando
**Subject:** RE:

Thanks for sending along the current version of Dr. McFadden's cv and the list of materials relied upon.

The Federal Rules of Civil Procedure also require Dr. McFadden's report to be accompanied by a listing of any other cases in which he has testified as an expert at trial or by deposition within the preceding four years. Is this something that you have available, or can arrange to send me by the end of the week?

Melanie

**Melanie H. Stein** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3551 (Direct Phone) | (212) 492-0551 (Direct Fax)
mstein@paulweiss.com | www.paulweiss.com


"Levy, Armando"
<Armando.Levy@brattle.com>

07/04/2006 02:56 PM

To "Daniel McFadden" <daniel_l_mcfadden@yahoo.com>, Melanie H Stein/PaulWeiss@PaulWeiss, spayerle@mdmc-law.com
cc
Subject RE:

Confidential

J&J EXP 0069580

Here is the draft affidavit with both appendicies attached. When I get the updated CV and the signature page, I'll create the final version. Thanks.

--a

**From:** Daniel McFadden [mailto:daniel_l_mcfadden@yahoo.com]
**Sent:** Tue 7/4/2006 10:13 AM
**To:** Melanie H Stein; spayerle@mdmc-law.com; Levy, Armando
**Subject:**

Here is the draft that Armando will now format into final form and prepare a signature page for me. Armando, please e-mail me the signature page asap, and I will sign it and arrange to get it to Brattle tomorrow. I have not had time to update my CV, but will ask Rowilma to do so tomorrow morning and send you a copy.

Dan.

This message, and any attachments, are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by return email and immediately delete the original and all copies of the message and any attachments to it.

Please ensure you have adequate virus protection before you open or use attachments. The Brattle Group does not accept any liability for viruses.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

Confidential

J&J EXP 0069581