**FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| NILDA GUTIERREZ, LINDA MORGAN, WAYNE BROWN, & KRISTA MARSHALL | : : : : | **ORDER** |
| Plaintiffs, | : : | Civil Action No. 01-5302 (WHW) |
| v. | : : | |
| JOHNSON & JOHNSON, | : : | |
| Defendant. | : | |

**Walls, Senior District Judge**

      Before the Court is Plaintiffs' motion for class certification, pursuant to Fed. R. Civ. P. 23. The Court, having considered the papers and evidence in the record and having heard oral argument on December 5, 2006; and for the reasons expressed in the accompanying Opinion:

      IT IS on this 19th day of December, 2006,

      ORDERED that Plaintiffs' motion is DENIED.

                                   s/ William H. Walls

                            **William H. Walls, U.S.D.J.**