```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                    CIVIL Docket No. 01-5302(WHW)


NILDA GUTIERREZ, et al,
                                            TRANSCRIPT OF
           Plaintiffs.                       PROCEEDINGS

V.

JOHNSON & JOHNSON,

           Defendant.
------------------------------------

                                    Date:   December 5, 2006


B E F O R E:     HONORABLE WILLIAM H. WALLS,
                 UNITED STATES SENIOR JUDGE


A P P E A R A N C E S:

      BENNET D. ZUROFSKY, ESQ.
      (Reitman Parsonnet, P.C.)
      For the plaintiffs

      CYRUS MEHRI, ESQ.
      WOODY OSBORNE, ESQ.
      ANNA POHL, ESQ and
      NICOLE M. AUSTIN-HILLERY, ESQ.
      (Mehri & Skalet, PLLC)
      For the plaintiffs
```

     Pursuant to Section 753 Title 28 United states
Code, the following transcript is certified to be an
accurate record as taken stenographically in the
above-entitled proceedings.

                              YVONNE DAVION, CSR, CM
                              Official Court Reporter