## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NILDA GUTIERREZ, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> JOHNSON & JOHNSON, : <br> : <br> Defendant. : | Civil Action No. 01-5302 (WHW)(MAS) <br><br> **ORDER** |

This matter having been brought before the Court by Bennet Zurofsky, Esq., attorney for Plaintiffs, on application for an Order allowing Janelle M. Carter, Esq., and Anna M. Pohl, Esq., to appear and participate pro hac vice; and the Court having considered the moving papers; and this matter being considered pursuant to FED.R.CIV.P. 78, and for good cause shown;

IT IS on this 15th day of August, 2008,

ORDERED that Janelle M. Carter, Esq., and Anna M. Pohl, Esq., members of the Bar of the State of Illinois and the Commonwealth of Massachusetts, respectively, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.CIV.R. 101.1(c);

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Reitman Parsonnet, PC, attorneys of record for Plaintiffs who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby;

ORDERED that Janelle M. Carter, Esq., and Anna M. Pohl, Esq., shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order;

ORDERED that Janelle M. Carter, Esq., and Anna M. Pohl, Esq., shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L.CIV.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order;

ORDERED that Janelle M. Carter, Esq., and Anna M. Pohl, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.CIV.R. 103.1, Judicial Ethics and Professional Responsibility, and L.CIV.R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Janelle M. Carter, Esq., and Anna M. Pohl, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**