Scott Alan George
Seeger Weiss LLP
550 Broad Street, Ste. 920
Newark, NJ  07102
(973) 639-9100
sgeorge@seegerweiss.com

Bennet D. Zurofsky
17 Academy Street, Ste. 1010
Newark, NJ 07102
(973) 642-0885
bzurofsky@zurofskylaw.com

Thomas J. Henderson (*pro hac vice*)
Henderson Law Firm, PLLC
1425 K St., NW, Ste. 350
Washington, DC  20005
(202) 587-5687
tjh@hendersonfirm.net

Cyrus Mehri (*pro hac vice*)
Janelle M. Carter (*pro hac vice*)
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Ste. 300
Washington, DC 20036
(202) 822-5100
cmehri@findjustice.com

Steven M. Sprenger (*pro hac vice*)
Bryce M. Miller (*pro hac vice*)
Sprenger & Lang, PLLC
1400 Eye St., NW, Ste. 500
Washington, DC 20005
(202) 265-8010
ssprenger@sprengerlang.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
**Nilda GUTIERREZ, Linda MORGAN,**                : 
**Wayne BROWN and Krista MARSHALL,**       : 
                                                                                   : **PLAINTIFFS' RENEWED**
    **Individually and as**                                  : **MOTION FOR**
    **Class Representatives,**                           : **CLASS CERTIFICATION**
                                                                                   :
        **Plaintiffs,**                                        :
                                                                                   : Civil Action No. 01-5302
        v.                                                        :
                                                                                   : Filed Electronically
**JOHNSON & JOHNSON,**                              :
                                                                                   :
        **Defendant.**                                    :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Plaintiffs Nilda Gutierrez, Linda Morgan, Wayne Brown and Krista Marshall move, pursuant to Rule 23 of the Federal Rules of Civil Procedure,

(1) to certify the following class:

> All African American and Hispanic persons employed in the United States by Johnson & Johnson (hereafter "J&J") in any regular, exempt salaried position below hierarchy code F ("Management Board") in EEO-1 job categories "Officials and Managers" and "Professionals," at any time from November 15, 1997 to the present;

(2) to approve the four named Plaintiffs as class representatives; and

(3) to appoint Plaintiffs' counsel as Class Counsel.

The Motion is returnable on September 8, 2009, or at such other time that may be set by the Court.

Certification is appropriate because Plaintiffs' proposed class meets all the requirements of Rule 23(a) as well as the standards established by Rule 23(b)(2). Furthermore, Defendant has established and maintained excessively subjective human resources policies and practices adopted by senior management and applicable throughout the Company. The deleterious impact of Defendant's use of excess subjectivity in compensation, performance management and promotion systems is demonstrated by statistically significant shortfalls in career development and compensation for putative class members, the Report of Dr. Richard Martell, as well as through the experiences of Plaintiffs.

Plaintiffs are adequate representatives of the proposed class because they have all been active in this litigation, their claims are typical of the class, and each has no interest antagonistic to those of the class. Furthermore, Plaintiffs' counsel—the law firms of Mehri & Skalet, PLLC, Seeger Weiss, LLP, Henderson Law Firm, PLLC, Sprenger & Lang, PLLC, and Bennet D. Zurofsky, Esq.—are substantially experienced in the area of Title VII and employment-related class litigation and will adequately represent the class and, therefore, should be appointed as Class Counsel pursuant to Fed. R. Civ. P. 23(g)

**PLEASE TAKE FURTHER NOTICE** that the attached Plaintiffs' Memorandum in Support of Renewed Motion for Class Certification sets forth, in full, the grounds for this Motion.

These Plaintiffs further respectfully request that the Court hold an evidentiary hearing on their Motion.

DATED:     July 31, 2009


  s/ Scott Alan George
Scott Alan George
Seeger Weiss LLP
550 Broad Street, Ste. 920
Newark, NJ  07102
(973) 639-9100
sgeorge@seegerweiss.com

Bennet D. Zurofsky
17 Academy Street, Ste. 1010
Newark, NJ 07102

Cyrus Mehri (*pro hac vice*)
Janelle M. Carter (*pro hac vice*)
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Ste. 300
Washington, DC 20036
 (202) 822-5100
 cmehri@findjustice.com

Steven M. Sprenger (*pro hac vice*)
Bryce M. Miller (*pro hac vice*)

(973) 642-0885
bzurofsky@zurofskylaw.com

Thomas J. Henderson (*pro hac vice*)
Henderson Law Firm, PLLC
1425 K St., NW, Ste. 350
Washington, DC  20005
(202) 587-5687
tjh@hendersonfirm.net

Sprenger & Lang, PLLC
1400 Eye St., NW, Ste. 500
Washington, DC 20005
(202) 265-8010
ssprenger@sprengerlang.com

COUNSEL FOR PLAINTIFFS AND THE CLASS