Return Date: _____, 2010
Document Filed Electronically

| | |
|---|---|
| Theodore V. Wells, Jr.<br>Jay Cohen<br>Maria H. Keane<br>**PAUL, WEISS, RIFKIND, WHARTON &**<br>**GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 373-3000 | Francis X. Dee<br>Stephen F. Payerle<br>David B. Beal<br>**MCELROY DEUTSCH MULVANEY &**<br>**CARPENTER LLP**<br>Three Gateway Center, 100 Mulberry Street<br>Newark, New Jersey 07102-4079<br>(973) 622-7711 |
| Donald R. Livingston<br>**AKIN GUMP STRAUSS HAUER & FELD, L.L.P.**<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 887-4000 | Lawrence Ashe<br>Nancy Rafuse<br>**ASHE RAFUSE & HILL LLP**<br>1355 Peachtree Street, Suite 500<br>Atlanta, GA 30309<br>(404) 253-6000 |

Barbara A. McCormick
**JOHNSON & JOHNSON**
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933
(732) 524-3758

Counsel for Defendant Johnson & Johnson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NILDA GUTIERREZ, LINDA MORGAN, WAYNE BROWN and KRISTA MARSHALL,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JOHNSON & JOHNSON,<br><br>　　　　　　Defendant. | Civil Action No. 01-5302(WHW)<br><br>**NOTICE OF MOTION FOR SUMMARY**<br>**JUDGMENT DISMISSING CLAIMS OF**<br>**PLAINTIFF LINDA MORGAN** |

PLEASE TAKE NOTICE that on July 8, 2010, at 10:00 a.m., or such other date and time

that might be set by the Court, defendant, Johnson & Johnson, will move under Rule 56 of the

Federal Rules of Civil Procedure for summary judgment dismissing the claims of plaintiff Linda Morgan in their entirety, with prejudice.  This motion is being filed pursuant to the provisions of the Seventh Amended Scheduling Order and Case Management Plan as amended by the proposed Thirteenth Amended Scheduling Order and Case Management Plan as jointly submitted by the parties.

Please take further notice that in support of this motion, defendant relies on (1) Brief in Support of Defendant's Motions for Summary Judgment, (2) Rule 56.1 Statement of Undisputed Material Facts Addressing Claims of Plaintiff Linda Morgan and the evidentiary materials attached thereto, (3) Certification of Stephen F. Payerle in Support of Motions for Summary Judgment, and (4) proposed form of Order served and filed herewith.

/s/ Francis X. Dee
_____

| | |
|---|---|
| Theodore V. Wells, Jr. | Francis X. Dee |
| Jay Cohen | Stephen F. Payerle |
| Maria H. Keane | David B. Beal |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **MCELROY DEUTSCH MULVANEY & CARPENTER LLP** |
| 1285 Avenue of the Americas | Three Gateway Center, 100 Mulberry Street |
| New York, New York 10019-6064 | Newark, New Jersey 07102-4079 |
| (212) 373-3000 | (973) 622-7711 |
| Donald R. Livingston | Lawrence Ashe |
| **AKIN GUMP STRAUSS HAUER & FELD, L.L.P.** | Nancy Rafuse |
| Robert S. Strauss Building | **ASHE RAFUSE & HILL LLP** |
| 1333 New Hampshire Avenue, N.W. | 1355 Peachtree Street, Suite 500 |
| Washington, D.C. 20036 | Atlanta, GA 30309 |
| (202) 887-4000 | (404) 253-6000 |

Barbara A. McCormick
**JOHNSON & JOHNSON**
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933
(732) 524-3758

Counsel for Defendant
Johnson & Johnson

Dated:  March 15, 2010

3

**CERTIFICATE OF SERVICE**

    I certify that a copy of the within Notice of Motion and the supporting materials referenced in this notice are being served on counsel for plaintiff this date by e-mail and by Federal Express.

    I certify under penalty of perjury that the foregoing statement by me is true.

                                                                    _____

Dated:  March 15, 2010