## UNITED STATES DISTRICT COURT

District of New Jersey

Chambers of
**William H. Walls**
Senior District Judge
_____

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

June 29, 2010

Bennet D. Zurofsky
17 Academy Street
Suite 1010
Newark, NJ 07102

Theodore V. Wells, Jr.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

  **Re: Gutierrez, et al. v. Johnson & Johnson**
  **Docket No. 01-5302 (WHW)**

Dear Counsel,

  As you know, I will hear Plaintiffs' Renewed Motion for Class Certification and Defendant's Motion to Strike Plaintiffs' Renewed Motion on Thursday, July 8, 2010, at 9:30 A.M. Among other things, I would like to hear your arguments as to the manageability of this case, should it go to trial. For instance, I am interested in your proposals as to an appropriate methodology for calculating monetary damages.

           Yours truly,

           **s/ William H. Walls**
           United States Senior District Judge

cc: All Counsel of Record (via CM/ECF)