```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: June 8, 2010

JUDGE: William H. Walls

COURT REPORTER: Yvonne Davion

DEPUTY CLERK: Loretta Minott


Title of Case:                          Docket# 01-5302(WHW)

NILDA GUITIERREZ, et al v. JOHNSON & JOHNSON

Appearances:
U.W. Clemon, Esq., Cyrus Mehri, Esq., Scott A. George, Esq., Bennet
Dann Zurofsky, Esq.,  for plaintiff
Theodore V. Wells, Jr., Esq., Stephen F. Payerle, Esq., Nancy
Rafuse, Esq., R. Lawrence Ashe, Esq., Francis X. Dee, Esq., and
Maria Keane, Esq., for defendant

Nature of proceeding: **Motion Hearing**

Hearing on plaintiff's Renewal Motion for Class Certification and
Hearing on defendant's Motion to Strike Plaintiff's Renewed Motion


DECISION RESERVED



Time Commenced   9:40 a.m.
Time Adjourned   1:05 p.m.


                                            *Loretta Minott*
                                               Deputy Clerk