**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212-373-3089

WRITER'S DIRECT FACSIMILE

212-492-0089

WRITER'S DIRECT E-MAIL ADDRESS

twells@paulweiss.com

UNIT 3601 FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

2001 K STREET, NW
WASHINGTON DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON*
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
JAMES M DUBIN
ALICE BELISLE EATON
ANDREW J EHRLICH
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C FINCH
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
KENNETH A GALLO
MICHAEL E GERTZMAN
PAUL D GINSBERG
ROBERT D GOLDBAUM
ERIC S GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
JOYCE S HUANG
DAVID S HUNTINGTON
MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S KARP
JOHN C KENNEDY
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
JULIA TARVER MASON
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
TOBY S MYERSON
JOHN E NATHAN
CATHERINE NYARADY
ALEX YOUNG K OH
JOHN J O'NEIL
KELLEY D PARKER
ROBERT P PARKER*
MARC E PERLMUTTER
MARK F POMERANTZ
VALERIE E RADWANER
CAREY R RAMOS
CARL L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
PETER J ROTHENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
JUDITH R THOYER
DANIEL J TOAL
MARK A UNDERBERG
LIZA M VELAZQUEZ
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI JR

*NOT ADMITTED TO THE NEW YORK BAR

July 19, 2010

**BY ECF & HAND**

The Honorable William H. Walls
United States District Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re: *Gutierrez, et al.* v. *Johnson & Johnson*
        Civil Action No. 01-5302

Dear Judge Walls:

    On Friday, July 16, 2010, Plaintiffs filed two unauthorized submissions: (1) a second new declaration from their statistical expert, Dr. Janice Madden, purporting to address occupational diversity, and (2) a revised proposed order with a purported trial plan. We respectfully request that the Court strike these unauthorized submissions, or if the Court intends to consider them, permit Johnson & Johnson the opportunity to respond to them in detail.

    The Court's July 9 letter authorized Plaintiffs to make only one submission – a list of cases they claim involved certified classes as diverse as the one they seek here. Indeed, the Court closed the hearing on Plaintiffs' renewed motion for class certification on July 8 making it clear that this was all that Plaintiffs were to submit

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
The Honorable William H. Walls                                                                 2

and that Your Honor did not want further briefing or papers from Plaintiffs. Therefore, Plaintiffs' additional submissions are unauthorized and should be stricken.

If Your Honor considers Plaintiffs' additional submissions, we respectfully request the opportunity to respond in detail. Plaintiffs' submissions are deeply flawed. By assessing occupational diversity solely by the number of broad EEO-1 categories, Dr. Madden's declaration ignores the great diversity of jobs within those categories. For example, her position would treat accountants, computer specialists, chemists, physicians, lawyers, and the many other diverse job types, as shown on the slide I presented at oral argument (see attached), across the more than 30 different operating companies in very different businesses as the same. That makes no sense in the context of Plaintiffs' claims and the enormous manageability problems presented here. Dr. Madden's conclusion that other cases involved greater occupational diversity than this one is based on this faulty position and, therefore, is wrong. In addition, at least two of the cases she cites involved class certification for settlement only, which does not require consideration of trial manageability. *See Amchem Products* v. *Windsor*, 521 U.S. 591 (1997).

Plaintiffs' belated trial plan also creates numerous problems and is unworkable. It seeks a) unidentified supplemental discovery to be completed within 75 days of the order – after nearly 9 years of discovery and litigation; b) compensatory and punitive damages for the named plaintiffs, and not for the class - creating a conflict between themselves and the class; c) vaguely described Stage I and Stage II proceedings, including use of an arbitrary back pay formula and dealing with the need for thousands of individualized hearings only by vaguely suggesting that individualized hearings on back pay could be conducted, "where necessary or appropriate" by a Special Master; and d) unworkable and unjustified injunctive class-wide relief, including relief addressing a matter – job posting – that is not addressed at all either by Dr. Madden or Plaintiffs' industrial organizational psychology expert Dr. Richard Martell.

For all of these reasons, the Court should strike Plaintiffs' unauthorized submissions. If the Court is inclined to accept Plaintiffs' submissions, we respectfully request the opportunity to respond in more detail.

Respectfully submitted,

*Theodore V. Wells, Jr.* /TnHK/

Theodore V. Wells, Jr.

Enclosure
cc:   Cyrus Mehri, Esq. (by email and U.S. mail)
      Bennet D. Zurofsky, Esq. (by email and U.S. mail)
      Scott Alan George, Esq. (by email and U.S. mail)