

CYRUS MEHRI (DC, CT)
STEVEN A. SKALET (DC, MD)
JANELL M. BYRD (DC, MD)
CRAIG L. BRISKIN (DC, NY, MA)
ELLEN L. EARDLEY (DC, IL)
JANELLE M. CARTER (DC, IL)
DANIELLE E. DAVIS (MD)*

1250 CONNECTICUT AVENUE NW, SUITE 300 · WASHINGTON, DC 20036
TEL 202.822.5100  ·  FAX 202.822.4997  ·  WWW.FINDJUSTICE.COM

PAMELA COUKOS (DC, MA, NY)
WOODLEY B. OSBORNE (DC, MD)
HEIDI R. BURAKIEWICZ (DC, MD, VA)
OF COUNSEL

* (PENDING IN DC)

July 20, 2010

**VIA ECF AND OVERNIGHT MAIL**
The Honorable William H. Walls
United States District Judge
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Gutierrez, et al. v. Johnson & Johnson*, Civil Action No. 01-5302

Dear Judge Walls:

On page 3 of its July 16 letter to you, Defendant Johnson & Johnson refers to *Ford v. United States Steel Corp.* as one of the cases we cited to Your Honor during oral argument on July 8. The citation referred to by the Defendant is incorrect. The correct citation is *United States/Ford v. United States Steel Corp.*, 371 F.Supp. 1045, 1050 (N.D.Ala.1973); 520 F.2d 1043, 1048-1057 (5th Cir.1975).

The district court opinion in *United States /Ford* reflects that there were over 1000 production and maintenance positions in job class levels ranging from 1-30. The Fifth Circuit opinion is instructive on the manageability of a Rule 23(b)(2) action seeking backpay.

Thank you for your consideration of this matter.

Very truly yours,

Cyrus Mehri

Cyrus Mehri

cc: Theodore Wells, Esq. (via electronic mail)
Maria Keane, Esq. (via electronic mail)
Francis Dee, Esq. (via electronic mail)
Steven Payerle, Esq. (via electronic mail)
Lawrence Ashe, Esq. (via electronic mail)
Donald Livingston, Esq. (via electronic mail)